# EXHIBIT C

PAUL V. GALLOGLY, LTD.

*Attorney at Law*

33 College Hill Road, Suite 20D
Warwick, Rhode Island 02886
Office: (401) 822-1800
Fax: (401) 822-1879

October 28, 2004

George M. Hanna, Jr., M.D.
ERISA Benefit Plan Administrator
185A High Service Avenue
North Providence, RI 02904

CERTIFIED MAIL/RETURN RECEIPT REQUESTED

ERISA Benefit Plan Administrator for Cardiology & Internal Medicine Associates of Rhode Island, Inc. and George M. Hanna, Jr. M.D.

RE: Cardiology & Internal Medicine Associates of Rhode Island, Inc., and George M. Hanna, Jr., M.D., Profit Sharing Plan
Lynette C. Bilyj SS# [redacted]

Dear Dr. Hanna:

Attached is my letter to you dated August 10, 2004, requesting certain ERISA documents and information with regard to my client, Lynette Bilyj. To date I have not received the requested information or documents.

As you may know, ERISA imposes a thirty (30) day document response deadline with respect to virtually all requests for employment benefit plan information and documents. I hereby renew my request for the information and documents set forth in my letter of August 10, 2004.

Thank you for your prompt response to this request.

Very truly yours,
PAUL V. GALLOGLY, LTD.

Paul V. Gallogly, Esquire

PVG/cml
Enclosure
CERTIFIED MAIL No. 7003 0500 0004 7121 4358

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

George M Hanna, MD
ERISA Benefit Plan Administrator

185A High Service Ave
North Providence RI
02904

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
11/1/04

D. Is delivery address different from item 1? ☒ Yes
If YES, enter delivery address below: ☐ No

214 HIGH SERVICE AVE
North PROVIDENCE RI
02904

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7003 0500 0004 7121 4358

PS Form **3811**, February 2004 **Domestic Return Receipt** 102595-02-M-1540