# EXHIBIT D

Law Office of

**MARK B. MORSE**

Attorneys and Counselors at Law

*Rhode Island and Massachusetts Bar*

111 Wayland Avenue
Providence, Rhode Island 02906
(401) 831-0555
Fax (401) 273-0937
www.morselawoffice.com

May 30, 2006

George M. Hanna, Jr., M.D.
ERISA Plan Administrator
Internal Medicine Associates Profit Sharing Plan
185A High Service Avenue
North Providence, RI 02904

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Re: Lynette Bilyj
SS: [redacted]

Dear Dr. Hanna:

I represent Lynette Bilyj who was an employee of George Hanna, M.D. and its successor Cardiology and Internal Medicine Associates of Rhode Island, Inc. from August 1, 1992 through August 4, 2004. By virtue of her employment, Ms. Bilyj was a participant in the George M. Hanna, Jr. M.D. Profit Sharing Plan, and its successor, The Internal Medicine Assoc. Profit Sharing Plan; both of which are enacted in accordance with the Employee Retirement Income Security Act, 29 U.S.C. §1001, *et. seq*.

On or about August 10, 2004 you were forwarded, in your capacity as Plan Administrator, a request for information required to be produced in accordance with your obligations as Plan Administrator. You failed to respond to said request. A second request was made on October 28, 2004. Copies of the correspondence setting forth the items requested are attached hereto.

Notwithstanding the same, and without waiver or prejudice to any claim which may arise from your failure to produce said information, you are now hereby directed to provide all such information as previously requested by the correspondence dated August 10, 2004 and October 28, 2004 from Paul Gallogly, Esq, as attorney for Lynette Bilyj forthwith, and in any event no later than thirty (30) days hereof. This information should be submitted to Lynette Bilyj c/o Law Office of Mark B. Morse, 111 Wayland Avenue, Providence, RI 02906. I have provided an authorization signed by Ms. Bilyj directing that the information be provided as directed herein.

You are further directed to remit to Ms. Bilyj, in a lump sum, all vested benefits due to her pursuant to Section VII of the Cardiology and Medicine Associates Profit Sharing Plan. Ms. Bilyj intends to roll over her Plan benefits in another qualified plan, and

to the extent you need information to effectuate a rollover, you may obtain said information through this office. Please consider this Ms. Bilyj's claim for Plan benefits and respond in accordance with the dictates set forth herein. Failure to respond in a timely fashion will be considered a denial of benefits.

Please give this matter your prompt attention. Any further questions or concerns should be directed to the undersigned.

Very truly yours,

Mark B. Morse

MBM:m
Enclosure

c: Lynette Bilyj
Paul Gallogly, Esq.

TO: George M. Hanna, Jr., M.D.
ERISA Plan Administrator
Internal Medicine Associates Profit Sharing Plan and
George m. Hanna Jr. M.D. Profit Sharing Plan
185A High Service Avenue
North Providence, RI 02904

RE: Lynette Bilyj
SS: [redacted]

## AUTHORIZATION

This, or a photostatic copy hereof will authorize and direct the above named to release any and all documents pertaining to the above named, including but not limited to employee plan benefit information, summary plan descriptions, financial information, information about benefits, contributions, and any and all other information pertaining to my participation and interest in and to the Internal Medicine Associates Profit Sharing Plan or George M. Hanna Jr. M.D. Profit Sharing Plan, its successors and assigns to Mark B. Morse, The Law Office of Mark B. Morse, 111 Wayland Avenue, Providence, RI 02906. I further direct that all remittances, request for Plan information, or other communication be directed to the attention of my attorneys Mark B. Morse, The Law Office of Mark B. Morse, 111 Wayland Avenue, Providence, RI 02906.

DATE: 4.13.06

J. Bilyj
WITNESS

Lynette Bilyj
Lynette Bilyj

Law Office of

**MARK B. MORSE**

Attorneys and Counselors at Law

*Rhode Island and Massachusetts Bar*

111 Wayland Avenue
Providence, Rhode Island 02906
(401) 831-0555
Fax (401) 273-0937
www.morselawoffice.com

September 14, 2006

George M. Hanna, Jr., M.D.
ERISA Plan Administrator
Internal Medicine Associates Profit Sharing Plan
185A High Service Avenue
North Providence, RI 02904

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Re: Lynette Bilyj
SS: 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

Dear Dr. Hanna:

On July 6, 2006 I wrote to you requesting a review of Ms. Bilyj's claim consistent with the terms of her Plan. I enclosed a copy of my May 30, 2006 correspondence in which I requested certain, specified information, and a lump sum payment of all benefits due to my client Ms. Bilyj.

On or about September 5, 2006 Ms. Bilyj received correspondence dated September 1, 2006 from Sentinel Benefits advising her that she was entitled to a distribution of her benefits from Cardiology & Internal Medicine Associates of RI Pension Plan, and requesting that she sign a distribution election form to effectuate payment. No information is provided to her regarding the amount of funds, benefit plan information, or any other information specified in my May 30, 2006 correspondence. As you can well imagine the response is woefully inadequate, and provides no information to Ms. Bilyj responsive to her repeated requests for information. Based on the within, we shall consider your response to be a denial of Ms. Bilyj's claim, and shall thereupon proceed with claims in federal court, as we must do in accordance with Section VII of the Summary Plan.

Very truly yours,

Mark B. Morse

MBM:m
Enclosure
c: Lynette Bilyj
Paul Gallogly, Esq.
George J. West, Esq.
Sentinel Insurance