**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

**LYNETTE BILYJ**

**VS.** **Case No. C.A. 06-407S**

**GEORGE M. HANNA, JR., M.D. in His Capacity as Plan Administrator: and CARDIOLOGY AND INTERNAL MEDICINE ASSOC. PROFIT SHARING PLAN, Alias, as successor to GEORGE M. HANNA, JR. M.D. PROFIT SHARING PLAN; Alias**

**ENTRY OF APPEARANCE**

I, George J. West, Esq., hereby enter my appearance for the defendants in the above matter.

/S/ George J. West

George J. West, Esq., #3052
*Attorney for the Defendants*
One Turks Head Place
Suite 312
Providence, RI 02903-2215
(401) 861-9042
fax (401) 861-0330
email: GEORGEW180@aol.com

Certificate

I hereby certify that I sent the foregoing to Mark Morse, Esq. via the ECF system this 6th Day of October, 2006 notice of which would be sent to his email address: mark@morselawoffice.com.

/s/ George J. West