**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

**LYNETTE BILYJ**

**VS.** **Case No. C.A. 06-407S**

**GEORGE M. HANNA, JR., M.D. in His Capacity as Plan Administrator: and CARDIOLOGY AND INTERNAL MEDICINE ASSOC. PROFIT SHARING PLAN, Alias, as successor to GEORGE M. HANNA, JR. M.D. PROFIT SHARING PLAN; Alias**

**STIPULATION**

It is hereby agreed the following entry may be made:

The defendants shall have an additional ten (10) day period from the date hereof within which to file their answer or otherwise respond to the complaint and such filing within said period shall be deemed timely.

/s/ George J. West

George J. West, Esq., #3052
*Attorney for the Defendants*
One Turks Head Place
Suite 312
Providence, RI 02903-2215
(401) 861-9042
fax (401) 861-0330
email: GEORGEW180@aol.com

/s/ Mark B. Morse

Mark B. Morse, Esq., #3003
*Attorney for the Plaintiff*
111 Wayland Avenue
Providence, RI 02903
(401) 831-0555
fax (401) 273-0397
email: mark@morselawoffice.com

ENTER WJSmith

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 10/10/06