UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNETTE BILYJ

VS. CA NO: 06- 407S

GEORGE M. HANNA, JR. M.D. In His Capacity as
Plan Administrator; and CARDIOLOGY AND
INTERNAL MEDICINE ASSOC. PROFIT SHARING PLAN,
Alias, as successor to GEORGE M. HANNA, JR. M.D.
PROFIT SHARING PLAN; Alias

**PLAINTIFF'S RULE 16 CONFERENCE STATEMENT**

Elements of Plaintiff's Claims:

Plaintiff's Claim is for recovery of benefits due to her from a Profit Sharing Plan Established by her Employer, and for the Defendants' failure to provide Plan information. Defendants are the Plan and the Plan Administrator. Her claims arise under the Employee Retirement Income Security Act (ERISA) 20 U.S.C. 1140, 20 U.S.C. 1104 *et. seq.* In order to establish her right to relief Plaintiff must establish

COUNT I:DECLARATORY JUDGMENT

a) the Plan is an employer sponsored plan governed by the application of ERISA;

b) at applicable times Plaintiff has been a member of the Employee Profit Sharing Plan;

c) the Plaintiff has requested relief in accordance with the terms of the Plan,

d) the Plaintiff has exhausted her administrative remedies in pursuing her request for relief

e) the Plan Administrator has failed to afford the relief requested of the Plaintiff pursuant to the provisions set forth by the Plan

29 U.S.C. § 1132, *Terry v. Bayer Corp.*, 145 F.3d 28, 36 (1st Cir. 1998)

COUNT II: FAILURE TO PROVIDE PLAN INFORMATION:

a) the Plan is an employer sponsored plan governed by the application of ERISA;

b) Plaintiff made a request for information required by 29 USC § 1021; and

c) Defendants failed to submit the requested information within thrity (30) days of the Request.

29 U.S.C. §§ 1021, 1022, 1025, *Caradona v Compaq Computer Corp*. 2000 WL 1507454 (D.N.H. 2000).

COUNT III: FAILURE TO REMIT PLAN BENEFITS

a) the Plan is an employer sponsored plan governed by the application of ERISA;

b) applicable times she has been a member of the Employee Profit Sharing Plan;

c) Plaintiff has fulfilled the criteria for remittance of Plan benefits;

d) Plaintiff has made a claim for Plan benfits pursuant to the terms of the Plan;

e) Defendants have failed to remit Plan benefits; and

f) Defendants' failure to remit Plan benefits was an abuse of discretion.

29 U.S.C. § 1054, *Firestone Tire & Rubber Co. v. Bruch*, 489 U.S. 101 (1989).

PLAINTIFF
By her attorneys,
Law Office of Mark B. Morse

/s/ Mark B. Morse

MARK B. MORSE
RI Bar Reg No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax (401) 273-0937
email: mark@morselawoffice.com

**CERTIFICATION**

To: George J. West, Esq.
1 Turks Head Plaza, Suite 312
Providence, RI 02903-2215

I hereby certify that a true copy of the within was transmitted through the ECF system of the United States District Court, D.R.I. to the abovenamed.

DATE: November 22, 2006 /s/ Mark B. Morse