**EXHIBIT A**

**PART 1**

## TABLE OF CONTENTS


INTRODUCTION TO YOUR PLAN

ARTICLE I
PARTICIPATION IN THE PLAN

Am I eligible to participate in the Plan? ....1

When am I eligible to participate in the Plan? ....1

When is my Entry Date? ....2

Does my service with another Employer count for eligibility purposes? ....2

What happens if I'm a participant, terminate employment and then I'm rehired? ....2

ARTICLE II
CONTRIBUTIONS

What kind of Plan is this? ....2

Do I have to contribute money to the Plan in order to participate? ....3

How much may I contribute to the Plan? ....3

How often can I modify the amount I contribute? ....4

Will the Employer contribute to the Plan? ....4

Will I share in Employer contributions during the year of my Retirement (Normal or Late) or death? ....5

How will the Employer contributions be allocated to my account? ....5

What compensation is used to determine my Plan benefits? ....5

Is there a limit on the amount of compensation which can be considered? ....6

Are there limits on how much can be contributed to my account each year? ....6

May I roll over payments from other retirement plans or IRAs? ....6

How is the money in the Plan invested? ....6

ARTICLE III
RETIREMENT BENEFITS

What benefits will I receive at normal retirement? ....7

What is my Late Retirement Date? ....7

What happens if I leave the Employer's workforce before I retire? ....7

What is my vested interest in my account? ....7

How do I determine my Years of Service for vesting purposes? ....8

Does all my service count for vesting purposes? ....8

Does my service with another Employer count for vesting purposes? .......... 9
As a veteran, will my military service count as service with the Employer? .......... 9
What happens to my non-vested account balance if I'm rehired? .......... 9
What happens to the non-vested portion of a terminated participant's account balance? .......... 9

ARTICLE IV
DISABILITY BENEFITS

Are disability benefits provided? .......... 9

ARTICLE V
FORM OF BENEFIT PAYMENT

How will my benefits be paid? .......... 10
May I delay the receipt of benefits? .......... 10

ARTICLE VI
DEATH BENEFITS

What happens if I die while working for the Employer? .......... 10
Who is the beneficiary of my death benefit? .......... 10
How will the death benefit be paid to my beneficiary? .......... 11
When must the last payment be made to my beneficiary? .......... 11
What happens if I'm a participant, terminate employment and die before receiving all my benefits? .......... 11

ARTICLE VII
TAX TREATMENT OF DISTRIBUTIONS

What are my tax consequences when I receive a distribution from the Plan? .......... 11
Can I reduce or defer tax on my distribution? .......... 12

ARTICLE VIII
HOURS OF SERVICE

What is an Hour of Service? .......... 12
How are Hours of Service credited? .......... 13

ARTICLE IX
YOUR PLAN'S TOP HEAVY RULES

What is a top heavy plan? .......... 13
What happens if the Plan becomes top heavy? .......... 13

## ARTICLE X
## PROTECTED BENEFITS AND CLAIMS PROCEDURES

Is my benefit protected? .....13
Are there any exceptions to the general rule? .....13
Can the Plan be amended? .....14
What happens if the Plan is discontinued or terminated? .....14
How do I submit a claim for Plan benefits? .....14
What if my benefits are denied? .....14
What is the Claims Review Procedure? .....15
What are my rights as a Plan participant? .....16
What can I do if I have questions or my rights are violated? .....17

## ARTICLE XI
## GENERAL INFORMATION ABOUT THE PLAN

General Plan Information .....18
Employer Information .....18
Administrator Information .....18
Trustee Information .....19
Service of Legal Process .....19

# CARDIOLOGY AND INTERNAL MEDICINE ASSOCIATES PROFIT SHARING PLAN

## SUMMARY PLAN DESCRIPTION

## INTRODUCTION TO YOUR PLAN

Cardiology and Internal Medicine Associates Profit Sharing Plan ("Plan") has been adopted to provide you with the opportunity to save for retirement on a tax-deferred basis. This Summary Plan Description ("SPD") contains valuable information regarding when you may become eligible to participate in the Plan, your Plan benefits, your distribution options, and many other features of the Plan. You should take the time to read this SPD to get a better understanding of your rights and obligations under the Plan.

We have attempted to answer most of the questions you may have regarding your benefits in the Plan. If this SPD does not answer all of your questions, please contact the Administrator. The name and address of the Administrator can be found in the Article of this SPD entitled "General Information About The Plan."

This SPD describes the Plan's benefits and obligations as contained in the legal Plan document, which governs the operation of the Plan. The Plan document is written in much more technical and precise language. If the non-technical language under this SPD and the technical, legal language of the Plan document conflict, the Plan document always governs. If you wish to receive a copy of the legal Plan document, please contact the Administrator.

This SPD describes the current provisions of the Plan, as designed to comply with applicable legal requirements. The Plan is subject to federal laws, such as ERISA (the Employee Retirement Income Security Act), the Internal Revenue Code and other federal and state laws which may affect your rights. The provisions of the Plan are subject to revision due to a change in laws or due to pronouncements by the Internal Revenue Service (IRS) or Department of Labor (DOL). We may also amend or terminate this Plan. If the provisions of the Plan that are described in this SPD change, we will notify you.

## ARTICLE I
## PARTICIPATION IN THE PLAN

**Am I eligible to participate in the Plan?**

You are eligible to participate in the Plan once you satisfy the Plan's eligibility conditions described in the next question.

**When am I eligible to participate in the Plan?**

You will be eligible to participate in the Plan once you satisfy the requirements below. However, you will actually enter the Plan once you reach the Entry Date as described in the next question.

You will be eligible to participate in the Plan if you have completed one (1) Year of Service and have attained age 21.