You will have completed a Year of Service if, at the end of your first twelve consecutive months of employment with us, you have been credited with at least 1000 Hours of Service. If you have not been credited with at least 1000 Hours of Service by the end of your first twelve consecutive months of employment, you will have completed a Year of Service at the end of any following Plan Year during which you were credited with at least 1000 Hours of Service.

For purposes of determining whether you have completed a Year of Service where the computation period is based upon a short Plan Year, your Administrator will notify you of the number of the Hours of Service that are required and the method of calculating a Year of Service.

If you are a veteran and are reemployed under the Uniformed Services Employment and Reemployment Rights Act of 1994, your qualified military service may be considered service with us. If you may be affected by this law, ask your Administrator for further details.

You should review the Article in this SPD entitled "HOURS OF SERVICE" for an explanation of an Hour of Service.

**When is my Entry Date?**

You may begin participating under the Plan once you have satisfied the eligibility requirements and reached your "Entry Date." The Administrator may request that you complete certain paperwork related to your Plan participation. In addition, special rules may apply if you terminate employment and are then rehired. If you have questions about the timing of your Plan participation, please contact the Administrator.

Your Entry Date will be the earlier of the first day of the Plan Year or the first day of the seventh month of the Plan Year coinciding with or next following the date you satisfy the eligibility requirements.

**Does my service with another Employer count for eligibility purposes?**

For eligibility purposes, your Years of Service with George M. Hanna, Jr., M.D. will be counted.

**What happens if I'm a participant, terminate employment and then I'm rehired?**

If you are no longer a participant because you terminated employment, and you are rehired, then you will continue to participate in the Plan in the same manner as if your termination had not occurred.

## ARTICLE II
## CONTRIBUTIONS

**What kind of Plan is this?**

This Plan is a type of qualified retirement plan commonly referred to as a 401(k) plan. As a participant under the Plan, you may elect to reduce your compensation by a specific percentage

and have that amount contributed to the Plan on a pre-tax basis. You generally are not taxed on your salary reductions until you withdraw those amounts from the Plan. In addition, we may make additional contributions to the Plan on your behalf. This Article describes the types of contributions that may be made to the Plan and how these monies will be allocated to your account to provide for your retirement benefit.

**Do I have to contribute money to the Plan in order to participate?**

No, you are not required to contribute any money in order to participate in our Plan.

**How much may I contribute to the Plan?**

As a participant, you may elect to defer 0% of your compensation each year instead of receiving that amount in cash. However, your total deferrals in any taxable year may not exceed a certain dollar limit which is set by law. The limit is determined under the following schedule:

Schedule

| Taxable Year | Limit |
|---|---|
| 2003 | $12,000 |
| 2004 | $13,000 |
| 2005 | $14,000 |
| 2006 | $15,000 |

Effective as of January 1, 2002, if you are projected to attain age 50 before the end of a calendar year, then you may elect to defer additional amounts (called "catch-up contributions") to the Plan as of the January 1st of that year. The additional amounts may be deferred regardless of any other limitations on the amount that you may defer to the Plan. The maximum "catch-up contribution" that you can make in 2003 is $2,000. This amount is increased by $1,000 in each year after 2003 up to 2006, when the maximum is $5,000. After 2006, the maximum may increase for cost-of-living adjustments.

The amount you elect to defer, and any earnings on that amount, will not be subject to income tax until it is actually distributed to you. However, the amount you defer is counted as compensation for Social Security taxes.

You should also be aware that each separately stated annual dollar limit is a separate aggregate limit that applies to all such similar deferrals you make under this Plan or other cash or deferred arrangements (including tax-sheltered 403(b) annuity contracts, simplified employee pensions or other 401(k) plans in which you may be participating). Generally, if an annual dollar limit is exceeded, then the excess must be included in your income for the year. For this reason, it is desirable to request in writing that any such excess deferrals be returned to you. If you fail to request such a return, you may be taxed a second time when the excess deferral is ultimately distributed from the Plan.

You must decide which plan or arrangement you would like to have return the excess. If you decide that the excess should be distributed from this Plan, you must communicate this in writing to the Administrator no later than the March 1st following the close of the calendar year in which such excess deferrals were made. However, if the dollar limit is exceeded in this Plan or any other plan maintained by us, then you will be deemed to have notified the Administrator of

the excess. The Administrator will then return the excess deferral and any earnings to you by April 15th.

You will always be 100% vested (your ownership rights) in the amount you deferred. This means that you will always be entitled to all amounts that you defer. This money will, however, be affected by any investment gains or losses. If there is an investment gain, then the balance in your account will increase. If there is an investment loss, then the balance in your account will decrease.

Distributions from amounts attributable to your salary deferrals are not permitted before age 59 1/2 EXCEPT in the event of:

(a) death; or

(b) separation from service.

In the event you receive a hardship distribution from your deferrals to any other plan maintained by us, you will not be allowed to make additional salary deferrals for a period of twelve (12) months after you receive the distribution.

In addition, if you are a highly compensated employee (generally owners, officers or individuals receiving wages in excess of certain amounts established by law), a distribution from amounts attributable to your salary deferrals of certain excess contributions may be required to comply with the law. The Administrator will notify you when a distribution is required.

**How often can I modify the amount I contribute?**

The amount you elect to defer will be deducted from your pay in accordance with a procedure established by the Administrator. The procedure will require that you enter into a written salary reduction agreement after you satisfy the Plan's eligibility requirements. You will not be permitted to modify your election during the Plan Year. Changes to a salary reduction election are only permitted annually, prior to the beginning of each Plan Year. You are also permitted to revoke your election any time during the Plan Year.

**Will the Employer contribute to the Plan?**

Each year, we will contribute to the Plan the following amounts:

(a) The total amount of the salary reduction you elected to defer. (See the question in this Article entitled "How much may I contribute to the Plan?")

(b) A discretionary profit sharing contribution.

You will share in this discretionary profit sharing contribution if you are actively employed during the Plan Year.