**CARDIOLOGY AND INTERNAL MEDICINE ASSOCIATES**
**PROFIT SHARING PLAN**

**COMMON QUESTIONS ABOUT OUR 401(K) PLAN**

**Introduction**

The following questions and answers highlight some of the important parts of our Plan. Remember, these are only highlights. The Summary Plan Description ("SPD") describes the Plan in much greater detail. If you have any questions about these highlights, the SPD or the Plan, you should ask the Plan Administrator.

Q. Why are we sponsoring a 401(k) plan?

A. We are sponsoring this Plan to reward the efforts of our employees. However, you must meet the eligibility rules in order to participate.

Q. Am I eligible to participate in the Plan?

A. You are eligible to participate in the Plan once you satisfy the Plan's eligibility conditions described in the next question.

Q. When will I be eligible to participate in the Plan?

A. You will be eligible to participate in the Plan once you satisfy the requirements below. However, you will actually enter the Plan once you reach the Entry Date as described in the next question. The Plan Year begins on January 1 and ends on December.

You will be eligible to participate in the Plan if you have completed one (1) Year of Service and have attained age 21.

You should review the Article in the SPD entitled "PARTICIPATION IN THE PLAN" for a further explanation of these eligibility requirements.

Q. When is my Entry Date?

A. You may begin participating under the Plan once you have satisfied the eligibility requirements and reached your "Entry Date."

Your Entry Date will be the earlier of the first day of the Plan Year or the first day of the seventh month of the Plan Year coinciding with or next following the date you satisfy the eligibility requirements.

Q. Do I have to contribute money to the Plan in order to participate?

A. Our Plan is a 401(k) savings plan. That means that you may elect to have a portion of your current pay placed into an account established for you under the Plan, and that amount will grow tax-free each year from investment earnings. The Plan Administrator will provide you with

a form and rules regarding how much you are permitted to save each year. You should also review the question "How much may I contribute to the Plan?" found in the Article in the SPD entitled "CONTRIBUTIONS."

Q. When will I receive payments from the Plan?

A. The Plan is designed to encourage you to stay with us until retirement. Payment will generally occur at your Normal Retirement Date. Your Normal Retirement Date is the first day of the month coinciding with or next following your Normal Retirement Age. You will attain your Normal Retirement Age when you reach your 65th birthday.

Q. How much will I be paid when I retire?

A. The amount you are paid when you retire will be based upon the amount of money we have put into the Plan for you (including your 401(k) contributions) plus any earnings. You should review the Article in the SPD entitled "CONTRIBUTIONS" for an explanation of how we make contributions to the Plan and how they are shared by eligible employees.

Q. How will payments be made when I retire?

A. When you retire, your account will be paid to you in a single lump-sum payment.

You should review the Article in the SPD entitled "FORM OF BENEFIT PAYMENT" for a further explanation.

Q. What if I stop working before I retire?

A. If you stop working for us before retirement, the payments you receive from the Plan will be affected by the Plan's rules on "vesting." This means your account balance at the time you stop working is multiplied by your vesting percentage. The result is your vested benefit, which is what you will actually receive from the Plan. Your vesting percentage is dependent upon the number of years of service you have worked for us and is based on the schedule below. You will always be 100% vested in the salary reduction amounts you paid to the Plan.

Vesting Schedule

| Years of Service | Percentage |
|---|---|
| Less than 2 | 0 % |
| 2 | 20 % |
| 3 | 40 % |
| 4 | 60 % |
| 5 | 80 % |
| 6 | 100 % |

Q. If I stop working before retirement, when will my vested benefit be paid?

A. If you stop working for us, your vested benefit will be distributable at your death or retirement. You may elect, however, to have your vested benefit distributed to you as soon as administratively feasible on or after the Anniversary Date coinciding with or next following your

termination of employment. Small vested amounts will automatically be paid to you within a reasonable time after you stop working. (See the question "How will my benefits be paid?" found in the Article in the SPD entitled "FORM OF BENEFIT PAYMENT" for an explanation of small vested amounts.)

Q. What if I die before I retire?

A. Your beneficiary will be entitled to 100% of your account balance upon your death. If you are married, your death benefit will be paid to your spouse unless you and your spouse name someone else. You should review the question entitled "Who is the beneficiary of my death benefit?" found in the Article in the SPD entitled "DEATH BENEFITS."

Q. Can I withdraw money from the Plan while I'm still working?

A. The Plan is designed to pay benefits at retirement. The Plan does not allow payments to be made while you are still working for us.

NOTE: THESE QUESTIONS AND ANSWERS ARE NOT MEANT TO BE A SUBSTITUTE FOR A THOROUGH READING OF THE SUMMARY PLAN DESCRIPTION. THE PROVISIONS OF THE 401(K) PLAN ARE VERY COMPLEX. IT IS NOT POSSIBLE TO FULLY EXPLAIN ALL ASPECTS OF THE PLAN IN THESE SHORT QUESTIONS AND ANSWERS. YOU SHOULD ALWAYS CONSULT THE SUMMARY PLAN DESCRIPTION IF YOU HAVE ANY QUESTIONS ABOUT THE PLAN. IF, AFTER READING THE SUMMARY PLAN DESCRIPTION, YOU STILL HAVE QUESTIONS, YOU SHOULD CONTACT THE PLAN ADMINISTRATOR.