**EXHIBIT B**

PAUL V. GALLOGLY, LTD.
*Attorney at Law*

33 College Hill Road, Suite 20D
Warwick, Rhode Island 02886
Office: (401) 822-1800
Fax: (401) 822-1879

August 10, 2004

George M. Hanna, Jr., M.D.
ERISA Benefit Plan Administrator
185A High Service Avenue
North Providence, RI 02904

CERTIFIED MAIL/RETURN RECEIPT REQUESTED

ERISA Benefit Plan Administrator for Cardiology & Internal Medicine Associates of Rhode Island, Inc. and George M. Hanna, Jr. M.D.

RE: Cardiology & Internal Medicine Associates of Rhode Island, Inc., and George M. Hanna, Jr., M.D., Profit Sharing Plan
Lynette C. Bilyj [redacted]

Dear ERISA Benefit Plan Administrator:

Please be advised that this office represents Lynette C. Bilyj who, by virtue of her employment with Cardiology & Internal Medicine Associates of Rhode Island, Inc., is a participate in one or more benefit plans maintained on behalf of the employees of Cardiology & Internal Medicine Associates of Rhode Island, Inc. and George M. Hanna, Jr., M.D.

As required by the Employee Retirement Income Security Act ("ERISA"), kindly provide the following information at your earliest convenience:

1. A copy of each pension plan in force and effect on August 4, 2004.

2. Specification of the total dollar amount of Ms. Bilyj's pension plan benefits accrued to date, together with an explanation of Ms. Bilyj's options and rights to secure the distribution of her accrued pension plan benefits.

3. You are requested to specify the monthly pension payments which would be available to Ms. Bilyj based upon payments commencing now as well as at ages 55, 60, 62 and 65 and the current amount of available lump sum distributions.

George M. Hanna, Jr. M.D. Page 2
ERISA Benefit Plan Administrator for
Cardiology & Internal Medicine Associates of Rhode Island, Inc. and George M. Hanna, Jr. M.D.
August 10, 2004

RE: Cardiology & Internal Medicine Associates of Rhode Island, Inc., Pension Plan and George M. Hanna, Jr., M.D. Profit Sharing Plan
Lynette C. Bilyj SS# 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

4. You are hereby requested to supply the undersigned with a copy of plan procedures defining Ms. Bilyj's right to appeal any decision made by the Plan Administrator with respect to the calculation of her Pension Plan benefits.

Please calculate all benefit options by reference to the verified date of birth (2-28-50), married, with no survivor option.

If you have any questions, please call me directly at (401) 822-1800 x 225. As you may know, ERISA requires your response within 30 days of your receipt of this request. Your timely cooperation concerning this matter is respectfully requested.

I am attaching herewith an authorization signed by Ms. Bilyj permitting release of the information requested.

Thank you.

Very truly yours,
PAUL V. GALLOGLY, LTD.

Paul V. Gallogly, Esquire

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

3656 2515

OFFICIAL USE
PROVIDENCE, RI 02904

| | | |
|---|---|---|
| Postage | $ .37 | UNIT ID: 0887 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: GSK610 |
| Total Postage & Fees | $ 4.42 | 08/10/04 |

Sent To George M. Hanna, Jr. MD
Street, Apt. No., or PO Box No. 185 A High Service Ave
City, State, ZIP+4 North Providence, RI 02904

PS Form 3800, January 2001 See Reverse for Instructions