**EXHIBIT C**

PAUL V. GALLOGLY, LTD.
*Attorney at Law*

33 College Hill Road, Suite 20D
Warwick, Rhode Island 02886
Office: (401) 822-1800
Fax: (401) 822-1879

October 28, 2004

George M. Hanna, Jr., M.D.
ERISA Benefit Plan Administrator
185A High Service Avenue
North Providence, RI 02904

CERTIFIED MAIL/RETURN RECEIPT REQUESTED

ERISA Benefit Plan Administrator for Cardiology & Internal Medicine Associates of Rhode Island, Inc. and George M. Hanna, Jr. M.D.

RE: Cardiology & Internal Medicine Associates of Rhode Island, Inc., and George M. Hanna, Jr., M.D., Profit Sharing Plan
Lynette C. Bilyj [redacted]

Dear Dr. Hanna:

Attached is my letter to you dated August 10, 2004, requesting certain ERISA documents and information with regard to my client, Lynette Bilyj. To date I have not received the requested information or documents.

As you may know, ERISA imposes a thirty (30) day document response deadline with respect to virtually all requests for employment benefit plan information and documents. I hereby renew my request for the information and documents set forth in my letter of August 10, 2004.

Thank you for your prompt response to this request.

Very truly yours,
PAUL V. GALLOGLY, LTD.

Paul V. Gallogly, Esquire

PVG/cml
Enclosure
CERTIFIED MAIL No. 7003 0500 0004 7121 4358