EXHIBIT D

Law Office of

**MARK B. MORSE**

Attorneys and Counselors at Law

*Rhode Island and Massachusetts Bar*

111 Wayland Avenue
Providence, Rhode Island 02906
(401) 831-0555
Fax (401) 273-0937
www.morselawoffice.com

May 30, 2006

George M. Hanna, Jr., M.D.
ERISA Plan Administrator
Internal Medicine Associates Profit Sharing Plan
185A High Service Avenue
North Providence, RI 02904

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Re: Lynette Bilyj
SS: [redacted]

Dear Dr. Hanna:

I represent Lynette Bilyj who was an employee of George Hanna, M.D. and its successor Cardiology and Internal Medicine Associates of Rhode Island, Inc. from August 1, 1992 through August 4, 2004. By virtue of her employment, Ms. Bilyj was a participant in the George M. Hanna, Jr. M.D. Profit Sharing Plan, and its successor, The Internal Medicine Assoc. Profit Sharing Plan; both of which are enacted in accordance with the Employee Retirement Income Security Act, 29 U.S.C. §1001, *et. seq.*

On or about August 10, 2004 you were forwarded, in your capacity as Plan Administrator, a request for information required to be produced in accordance with your obligations as Plan Administrator. You failed to respond to said request. A second request was made on October 28, 2004. Copies of the correspondence setting forth the items requested are attached hereto.

Notwithstanding the same, and without waiver or prejudice to any claim which may arise from your failure to produce said information, you are now hereby directed to provide all such information as previously requested by the correspondence dated August 10, 2004 and October 28, 2004 from Paul Gallogly, Esq, as attorney for Lynette Bilyj forthwith, and in any event no later than thirty (30) days hereof. This information should be submitted to Lynette Bilyj c/o Law Office of Mark B. Morse, 111 Wayland Avenue, Providence, RI 02906. I have provided an authorization signed by Ms. Bilyj directing that the information be provided as directed herein.

You are further directed to remit to Ms. Bilyj, in a lump sum, all vested benefits due to her pursuant to Section VII of the Cardiology and Medicine Associates Profit Sharing Plan. Ms. Bilyj intends to roll over her Plan benefits in another qualified plan, and

to the extent you need information to effectuate a rollover, you may obtain said information through this office. Please consider this Ms. Bilyj's claim for Plan benefits and respond in accordance with the dictates set forth herein. Failure to respond in a timely fashion will be considered a denial of benefits.

Please give this matter your prompt attention. Any further questions or concerns should be directed to the undersigned.

Very truly yours,

Mark B. Morse

MBM:m
Enclosure

c: Lynette Bilyj
Paul Gallogly, Esq.