UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNETTE BILYJ

VS. CA NO: 06-407S

CARDIOLOGY AND INTERNAL MEDICINE ASSOCIATES OF RHODE ISLAND , INC. In Its Capacity as Plan Administrator; and CARDIOLOGY AND INTERNAL MEDICINE ASSOC. PROFIT SHARING PLAN, Alias, as successor to GEORGE M. HANNA, JR. M.D. PROFIT SHARING PLAN; Alias

**STIPULATION**

Upon Plaintiff's presentation of the Participant Distribution Election Form, Sentinel Benefits shall distribute the sums due to Plaintiff in accordance with the terms of her election. Any such sums remitted shall be without prejudice and without waiver to Plaintiff's claim for additional funds due from Defendants in accordance with the allegations as set forth in her complaint.

PLAINTIFF
By her attorneys,
Law Office of Mark B. Morse

/s/ Mark B. Morse

MARK B. MORSE
RI Bar Reg No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax (401) 273-0937
email: mark@morselawoffice.com

DEFENDANTS
By their Attorneys
George J. West, Esq.

/s/George J. West, Esq.

GEORGE J. WEST
RI Bar Reg No 3052
1 Turks Head Plaza, Suite 312
Providence, RI 02903-2215
(401) 861-9042
fax (401) 861-0330
email: GEORGEW180@aol.com

December 27, 2006