**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

**LYNETTE BILYJ**

**VS.** **Case No. C.A. 06-407S**

**GEORGE M. HANNA, JR., M.D. in His Capacity as Plan Administrator: and CARDIOLOGY AND INTERNAL MEDICINE ASSOC. PROFIT SHARING PLAN, Alias, as successor to GEORGE M. HANNA, JR. M.D. PROFIT SHARING PLAN; Alias**

**UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION**

Now come the Defendants and move to enlarge the time within which to respond to the Plaintiff's request for production. The reason for this request is that the Plaintiff has asked for records maintained by third party providers, and the defendants require additional time to inquire of such providers and obtain the information required. Defendants request an additional twenty (20) days to produce or otherwise respond. Plaintiff has no objection to the enlargement.

By their attorney,

/S/ George J. West,
George J. West, Esq., #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
Telephone: 401-861-9042

Facsimile: 401-861-0330
Email: GEORGEW180@aol.com

CERTIFICATION

I hereby certify that on this 8th day of January 2007, I forwarded a copy of the within Motion to Mark B. Morse, Esq. at mark@morselawoffice.com, 111 Wayland Avenue, Providence, RI 02903, via the USDC's ECF system.

/S/George J. West

**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

**LYNETTE BILYJ**

**VS.** **Case No. C.A. 06-407S**

**GEORGE M. HANNA, JR., M.D. in His Capacity as Plan Administrator: and CARDIOLOGY AND INTERNAL MEDICINE ASSOC. PROFIT SHARING PLAN, Alias, as successor to GEORGE M. HANNA, JR. M.D. PROFIT SHARING PLAN; Alias**

**MEMORANDUM IN SUPPORT OF MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION**

Defendants require additional time to request and retrieve documents and requested information from third parties in regard to Plaintiff's request. This court maintains authority to increase the time for such response pursuant to Rule 6(b) of the Federal Rules of Civil Procedure.

Good cause exists for extending the time as defendants require the time to reasonable inquire of third party providers and obtain the information required. Plaintiff has no objection to the enlargement.

By their attorney,

/S/ George J. West,
George J. West, Esq., #3052
One Turks Head Place, Suite 312

Providence, RI 02903-2215
Telephone: 401-861-9042
Facsimile: 401-861-0330
Email: GEORGEW180@aol.com

CERTIFICATION

I hereby certify that on this 8th day of January 2007, I forwarded a copy of the within Motion to Mark B. Morse, Esq. at mark@morselawoffice.com, 111 Wayland Avenue, Providence, RI 02903, via the USDC's ECF system.

/S/George J. West