UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNETTE BILYJ

VS. CA NO: 06-407S

CARDIOLOGY AND INTERNAL MEDICINE ASSOCIATES
OF RHODE ISLAND, INC., in its Capacity as Plan Administrator; and
CARDIOLOGY AND INTERNAL MEDICINE ASSOC. PROFIT
SHARING PLAN, Alias, as successor to
GEORGE M. HANNA, JR. M.D.
PROFIT SHARING PLAN; Alias

**ENTRY OF APPEARANCE**

I, Paul V. Gallogly, Esquire, hereby enter my appearance as co-counsel for the Plaintiff, Lynette Biljy, in the above-captioned matter.

**PLAINTIFF,**
By Her Attorney,
PAUL V. GALLOGLY, LTD.

/s/ ______________________________
Paul V. Gallogly, Esquire
R.I. Reg. No.: 2003
33 College Hill Road, Suite 20 D
Warwick, RI 02888
(401) 822-1800
pvg@collegehill.necoxmail.com

**CERTIFICATION**

I, the undersigned, hereby certify that on the 19th day of January, 2007, I served a true copy of the within to George J. West, Esquire, 1 Turks Head Plaza, Suite 312, Providence, RI 02903-2215, via CM/ECF at GEORGEW180@aol.com and Mark A. Morse, Esquire, 111 Wayland Avenue, Providence, RI 02906, via CM/ECF at mark@morselawoffice.com.

______________________________