**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

**LYNETTE BILYJ**

**VS.** **Case No. C.A. 06-407S**

**GEORGE M. HANNA, JR., M.D. in His Capacity as Plan Administrator: and CARDIOLOGY AND INTERNAL MEDICINE ASSOC. PROFIT SHARING PLAN, Alias, as successor to GEORGE M. HANNA, JR. M.D. PROFIT SHARING PLAN; Alias**

**STIPULATION**

It is hereby agreed the following entry may be made:

The defendants shall have until January 30, 2007 within which to file their answer or otherwise respond to the amended complaint and such filing within said period shall be deemed timely.

/s/ George J. West
_____________________________
George J. West, Esq., #3052
*Attorney for the Defendants*
One Turks Head Place
Suite 312
Providence, RI 02903-2215
(401) 861-9042
fax (401) 861-0330
email: GEORGEW180@aol.com

/s/ Mark B. Morse
_____________________________
Mark B. Morse, Esq., #3003
*Attorney for the Plaintiff*
111 Wayland Avenue
Providence, RI 02903
(401) 831-0555
fax (401) 273-0397
email: mark@morselawoffice.com