UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNETTE BILYJ

VS. CA NO: 06-407S

CARDIOLOGY AND INTERNAL MEDICINE ASSOCIATES OF RHODE ISLAND , INC. In Its Capacity as Plan Administrator; and CARDIOLOGY AND INTERNAL MEDICINE ASSOC. PROFIT SHARING PLAN, Alias, as successor to GEORGE M. HANNA, JR. M.D. PROFIT SHARING PLAN; Alias

**STIPULATION**

All claims dismissed with prejudice, no interest, no costs.

PLAINTIFF
By her attorneys,
Law Office of Mark B. Morse

/s/ Mark B. Morse

MARK B. MORSE
RI Bar Reg No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax (401) 273-0937
email: mark@morselawoffice.com

DEFENDANTS
By their Attorneys
George J. West, Esq.

/s/George J. West, Esq.

GEORGE J. WEST
RI Bar Reg No 3052
1 Turks Head Plaza, Suite 312
Providence, RI 02903-2215
(401) 861-9042
fax (401) 861-0330
email: GEORGEW180@aol.com

March 30, 2007